NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PEDRO NUNEZ CISNEROS,              )
                                   )
        Appellant,                 )
                                   )
v.                                 )        Case No. 2D17-4991
                                   )
STATE OF FLORIDA,                  )
                                   )
        Appellee.                  )
_____)

Opinion filed August 23, 2019.

Appeal from the Circuit Court for Collier
County; Frederick R. Hardt, Judge.

Howard L. Dimmig, II, Public Defender, and
Dane K. Chase, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.